STEVEN T. GUBNER - Bar No. 156593
TALIN KESHISHIAN - Bar No. 201830
DAVID A. TASHROUDIAN - Bar No. 266718
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
   sgubner@ebg-law.com
   tkeshishian@ebg-law.com
   dtashroudian@ebg-law.com

Attorneys for Plaintiff Kawasaki Motors Finance Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND TRACTOR MOTORSPORTS, INC., a Texas corporation; HIGHLAND TRACTOR MOTORSPORTS, INC., a Texas corporation, dba HUMBLE KAWASAKI; KEITH COBLE, an individual; KELLY COBLE, an individual,<br><br>Defendants. | Case No. 8:10-cv-00629-AG-MLG<br><br>**FINAL JUDGMENT**<br><br>Judge:   Hon. Andrew J. Guilford |

///

///

///

///

///

# **FINAL JUDGMENT**

The Court, having considered the Stipulated Judgment, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Judgment shall be entered in favor of Plaintiff Kawasaki Motors Finance Corporation ("Plaintiff") and against defendants Highland Tractor Motorsports, Inc., a Texas corporation; Highland Tractor Motorsports, Inc., a Texas corporation doing business as Humble Kawasaki; and, Keith Coble (collectively "Defendants"), jointly and severally, in the amount of Five Hundred Seventy Five Thousand Dollars ($575,000.00) in full and final satisfaction of Plaintiff's claims for: 1) Breach of Contract; (2) Monies Lent/Book Account; and, (3) Breach of Written Continuing Guaranties.

2. Plaintiff's claim for Conversion against defendant Keith Coble is dismissed without prejudice.

DATED: September 07, 2011

_____
Hon. Andrew Guilford
Judge of the District Court